IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-02570-WDM-OES

BRIAN NUNNERY AND
KAREN NUNNERY,

      Plaintiffs,

v.

PLAINS TRANSPORTATION, INC.,

      Defendant.

_____

**ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)**
_____

      This matter is before me on the consent of all parties to the exercise of

jurisdiction by a United States magistrate judge pursuant to 28 U.S.C. § 636(c) and

D.C.COLO.LCivR 72.2.  Following review,

      IT IS HEREBY ORDERED as follows:

1.     The above action is referred for disposition to a magistrate judge pursuant

       to 28 U.S.C. § 636(c);

2.     The above action will be reassigned to a magistrate judge selected by

       random draw, excluding Magistrate Judge Schlatter; and

3.      Upon such reassignment, the above case number will be amended to

reflect the magistrate judge to whom the case is reassigned.

DATED at Denver, Colorado, on June 20, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge

PDF FINAL