IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02570-PAC-OES

BRIAN NUNNERY and
KAREN NUNNERY,

     Plaintiffs,

v.

PLAINS TRANSPORTATION, Inc., a Texas corporation,

     Defendant.


ORDER AMENDING SCHEDULING ORDER


     THIS MATTER HAVING COME before the Court on defendant's October 27, 2005 Stipulated Motion to Amend Scheduling Order, Doc. # 19, and the Court being fully advised in the premises, hereby

     ORDERS that the motion is granted.  It is further

     ORDERED that the Scheduling Order shall be amended to reflect the following deadline extensions:

     Defendant's Expert Witness Designation and all Rule 26(a)(2) information:
               by  November 30, 2005

     Plaintiffs' Rebuttal Expert Designation and all Rule 26(a)(2) information:
               by December 15, 2005

     Discovery Cutoff             January 8, 2006


Done this 27th  day of October, 2005.

                         BY THE COURT:
                         s/Patricia A. Coan
                         Patricia A. Coan
                         Magistrate Judge