IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02570-PAC-OES

BRIAN NUNNERY, et al,

    Plaintiff(s),

v.

PLAINS TRANSPORTATION, INC.,

    Defendant(s).

_____

### MINUTE ORDER/ORDER OF REFERENCE
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that pursuant to the Order of Reference, filed June 20, 2005, the prior Order of Reference of March 8, 2005 is **vacated.**

    IT IS **ORDERED** that pursuant to 28 U.S.C.A. § 636(b)(1)(A), this case is referred to Magistrate Judge O. Edward Schlatter for the purpose of Settlement only.

    IT IS **ORDERED** that a five day jury trial is set to begin June 19, 2006 **at 1:30 p.m.** and continuing **June 20 - 23, 2006 at 8:30 a.m.**, in Courtroom A501.

    IT IS **FURTHER ORDERED** that the final trial prep conference shall be held on **June 1, 2006 at 10:00 a.m.,** in Courtroom A-501.

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have on their person valid, current, photo identification when entering the courthouse.

Dated:  October 28, 2005