IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02570-PAC-OES

BRIAN NUNNERY and KAREN NUNNERY

     Plaintiffs,

v.

PLAINS TRANSPORTATION, INC., a Texas corporation,

     Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Unopposed Motion to Amend Scheduling Order [filed December 29, 2005] is **GRANTED** as follows:

     The discovery deadline is extended to **February 8, 2006.**

     The dispositive motions deadline is extended to **February 17, 2006.**

Dated:  December 30, 2005