IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Patricia A. Coan

Civil Action No.  04-cv-02570-PAC-MEH

BRIAN NUNNERY and KAREN NUNNERY

    Plaintiffs,

v.

PLAINS TRANSPORTATION, INC., a Texas corporation,

    Defendant.

_____

**ORDER** re: Tax Returns
_____

The matter now before the court in this motor vehicle accident case is that portion of defendant's Motion for Protective Order [filed on behalf of Dr. Dinenberg], Doc. # 25, concerning tax returns produced for *in camera* inspection, which was taken under advisement at the hearing this date.

Plaintiff served a subpoena duces tecum on Dr. Dinenberg on December 24, 2005 which asked Dr. Dinenberg to produce, *inter alia*,  "[b]usiness schedule tax returns for the years 1999 through 2004. . ." *See* Notice to Produce and Subpoena attached as Exhibits 2 and 3 to Def. Motion for Protective Order.  I ordered the tax returns produced for *in camera* inspection.  *See* February 6, 2006 Minute Order.

Having now reviewed all the documents produced, which are Stephen Dinenberg, M.D. P.C.'s corporate tax returns for the years 1999-2004, I find that the

information contained in the returns is irrelevant to plaintiff's purpose of showing improper motive or intent. The Court finds that it is not possible to discern Dr. Dinenberg's sources of income, other than his income as a corporate officer, from reviewing the returns. Accordingly, it is hereby

**ORDERED** that the portion of defendant's Motion for Protective Order, Doc. # 25, concerning Dr. Dinenberg's corporate tax returns is **granted**. Dr. Dinenberg's corporate tax returns are not to be produced.

Dated: February 13, 2006.

By the Court:
s/Patricia A. Coan
Patricia A. Coan
Magistrate Judge