IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02570-PAC-MEH

BRIAN NUNNERY and
KAREN NUNNERY,

      Plaintiffs,

v.

PLAINS TRANSPORTATION, INC., a Texas corporation,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 1, 2006.**

      Based on Plaintiffs' representation that the parties will be engaging in private mediation on April 10, 2006, the Unopposed Motion to Vacate Settlement Conference [Filed February 28, 2006; Docket #35] is **granted**.  The Settlement Conference scheduled for April 11, 2006, at 1:30 p.m. is **vacated.**  The parties are directed to submit a joint status report on or before April 17, 2006, advising the Court whether the matter was settled and, if not, whether a further settlement conference with the Court would assist the parties.