IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02570-PAC-MEH

BRIAN NUNNERY and KAREN NUNNERY

      Plaintiffs,

v.

PLAINS TRANSPORTATION, INC., a Texas corporation,

      Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice dated June 6, 2006 (doc. 56).  It is hereby

      **ORDERED** that all claims are dismissed with prejudice.  Each party to pay their or its own costs and attorney fees.

      Dated this 8th day of June 2006.

                                      BY THE COURT:

                                      s/ Patricia A. Coan
                                      United States Magistrate Judge